**Order entered May 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00950-CV

## IN THE INTEREST OF: D.S.B. AND K.A.B., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-11214**

## ORDER

We **DENY** appellant's May 8, 2015 motion.


/s/      ELIZABETH LANG-MIERS
JUSTICE